UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 11-351 (MJD/LIB)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**FINAL ORDER OF FORFEITURE**

KENNETH JOHN GASTECKI,

    Defendant.

WHEREAS, on June 20, 2012, this Court signed a Preliminary Order of Forfeiture forfeiting the following property to the United States, pursuant to 18 U.S.C. § 2253(a):

    a.    Western Digital External Hard Drive, Serial No. WCAUF2214395;

    b.    Dell Dimension 8250 Desktop Computer, Serial No. BC8S821; and

    c.    Acer Aspire M1100 Desktop Computer, Serial No. PTS890X1338280DD732703;

WHEREAS, the plaintiff posted a Notice of Criminal Forfeiture for at least 30 consecutive days on an official government internet site, beginning on June 22, 2012, providing notice of the government's intention to dispose of the above-described property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the above-described property;

WHEREAS, On October 1, 2012, Kenneth Melvin Dresher was sent direct written notice of the forfeiture by certified mail, return receipt requested, which Mr. Dresher

1

signed for on October 2, 2012. The notice advised Mr. Dresher that he had 30 days from receipt of the notice in which to claim an interest in the property identified in the Preliminary Order of Forfeiture by filing a third party petition pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(c); and

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The Motion of the United States for a Final Order of Forfeiture [Docket No. 60] is GRANTED;

2. All right, title and interest in the following property is forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 2253(a):

   a. Western Digital External Hard Drive, Serial No. WCAUF2214395;

   b. Dell Dimension 8250 Desktop Computer, Serial No. BC8S821; and

   c. Acer Aspire M1100 Desktop Computer, Serial No. PTS890X1338280DD732703; and

3. The above-described property shall be disposed of by the United States in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: December 14, 2012           s/ Michael J. Davis
                                   Michael J. Davis, Chief Judge
                                   United States District Court